FILED

09/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0355

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 24-0355

| | |
|---|---|
| STATE OF MONTANA,<br><br>      Plaintiff and Appellee,<br><br>  v.<br><br>COLE MICHAEL JACOB,<br><br>      Defendant and Appellant. | **ORDER** |

Pursuant to Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until October 11, 2024, to prepare, file, and serve Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 11 2024